CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CRIMINAL DOCKET FOR CASE #: 1:21−mj−00914−ML−1

| | |
|---|---|
| Case title: USA v. Bayley | Date Filed: 11/05/2021 |
| Other court case number: 5:21−CR−50062−1 Western District of Arkansas, Fayetteville Divisio | Date Terminated: 11/08/2021 |

Assigned to: Judge Mark Lane

**Defendant (1)**

**Amanda Renee Bayley**  represented by  **Duty Pub. Defender−Austin**
*TERMINATED: 11/08/2021*   Office of the Federal Public Defender
  Austin Division
  500 Lavaca St., Suite 960
  Austin, TX 78701
  (512) 916−5025
  Fax: (512) 916−5035
  Email: norma_g_medrano@fd.org
  *TERMINATED: 11/05/2021*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*
  *Designation: Public Defender or Community Defender Appointment*

  **Jesus M. Salinas , Jr.**
  Federal Public Defender
  Lavaca Plaza
  504 Lavaca St., Ste. 960
  Austin, TX 78701
  512−916−5025
  Fax: 512−916−5035
  Email: jesus_salinas@fd.org
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*
  *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**   **Disposition**
None

**Highest Offense Level (Opening)**
None

1

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

OUT OF DISTRICT ARREST

**Disposition**

**Disposition**

Commitment Order to Western District of Arkansas, Fayetteville Division

**Plaintiff**

USA  represented by  **G. Karthik Srinivasan**
US Attorney's Office − Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701
512−370−1253
Fax: 512−916−5854
Email: karthik.srinivasan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/05/2021 | 1 | 4 | Arrest (Rule 5 − Western District of Arkansas, Fayetteville Division) of Amanda Renee Bayley (jf) (Entered: 11/05/2021) |
| 11/05/2021 | 2 | 7 | MOTION to Detain Defendant without Bond by USA as to Amanda Renee Bayley. (Srinivasan, G.) (Entered: 11/05/2021) |
| 11/05/2021 | 3 | 10 | Minute Entry for proceedings held before Judge Mark Lane:Initial Appearance in Rule 5(c)(3) Proceedings as to Amanda Renee Bayley held on 11/5/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold − ERO.) (jf) (Entered: 11/05/2021) |
| 11/05/2021 | 4 | 12 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Amanda Renee Bayley. Duty Pub. Defender−Austin for Amanda Renee Bayley appointed. Signed by Judge Mark Lane. (jf) (Entered: 11/05/2021) |
| 11/05/2021 | 5 | 13 | Order Regarding Financial Status as to Amanda Renee Bayley. Signed by Judge Mark Lane. (jf) (Entered: 11/05/2021) |
| 11/05/2021 | 6 | 14 | NOTICE OF HEARING as to Amanda Renee Bayley:Identity / Detention Hearing set for 11/10/2021 at 11:00 AM before Judge Mark Lane (jf) (Entered: 11/05/2021) |
| 11/05/2021 | 7 | 16 | CJA 23 Financial Affidavit by Amanda Renee Bayley (SEALED pursuant to E−Government Act of 2002). (kkc) (Entered: 11/05/2021) |

| 11/05/2021 | 8 | 17 | NOTICE OF ATTORNEY APPEARANCE: Jesus M. Salinas, Jr appearing for Amanda Renee Bayley . Attorney Jesus M. Salinas, Jr added to party Amanda Renee Bayley(pty:dft) (Salinas, Jesus) (Entered: 11/05/2021) |
|---|---|---|---|
| 11/05/2021 | | | Attorney Duty Pub. Defender−Austin terminated as to Amanda Renee Bayley. (jf) (Entered: 11/05/2021) |
| 11/08/2021 | 9 | 18 | WAIVER − Rule 5 as to Amanda Renee Bayley. (kkc) (Entered: 11/08/2021) |
| 11/08/2021 | 10 | 19 | COMMITMENT TO ANOTHER DISTRICT as to Amanda Renee Bayley. Defendant committed to the Western District of Arkansas, Fayetteville Division. Signed by Judge Mark Lane. (kkc) (Entered: 11/08/2021) |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 5:21CR50062-001-002 |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| AMANDA RENEE BAYLEY and | ) | 21 U.S.C. § 841(b)(1)(C) |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ) | 21 U.S.C. § 846 |

**FILED**

November 5, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

Austin case 1:21-MJ-914-ML

**INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**

Beginning on or about an unknown date, but at least as early as October 12, 2020, and continuing to on or about October 16, 2020, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the Defendants, **AMANDA RENEE BAYLEY** and ▮▮▮▮▮▮▮▮, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury to distribute a controlled substance, namely, a mixture or substance containing a detectable amount of phencyclidine (PCP), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

**COUNT TWO**

On or about February 2, 2021, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the Defendant, **AMANDA RENEE BAYLEY**, did knowingly and intentionally

distribute a controlled substance, namely, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT THREE

On or about February 9, 2021, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the Defendant, **AMANDA RENEE BAYLEY**, did knowingly and intentionally distribute a controlled substance, namely, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A True Bill.                                              DAVID CLAY FOWLKES
                                                          ACTING UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson                   By:
Grand Jury Foreperson                                Aaron Jennen
                                                     Assistant U. S. Attorney
                                                     Arkansas Bar No. 2004156
                                                     414 Parker Avenue
                                                     Fort Smith, AR 72901
                                                     Telephone: (479) 249-9044
                                                     E-mail: Aaron.Jennen@usdoj.gov

AO 442 (Rev. 01/09) Arrest Warrant

U.S.-1
73129-509

P. ID.
1135-1936

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | No. 5:21CR50062-001 |
| Amanda Renee Bayley<br>*Defendant* | ) ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **Amanda Renee Bayley**, who is accused of an offense or violation based on the following document filed with the court:

√ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

One count of conspiracy to distribute a mixture or substance containing a detectable amount of PCP, a Schedule II controlled substance in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), all in violation of 21 U.S.C. § 846; and two counts knowingly and intentionally distribute a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

Date: November 2, 2021

*Michelle McEntire*
*Issuing officer's signature*

City and state: Fort Smith, Arkansas

Jamie K. Giani, U.S. Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate No. 1:21-MJ-914-ML |
| | ) | |
| AMANDA RENEE BAYLEY | ) | |
| | ) | |

**MOTION FOR DETENTION**

      The United States, by and through its Assistant United States Attorney, files this motion for pretrial detention under Title 18, United States Code, Section 3141, et seq., and would show the Court the following:

      1.    The Government seeks a detention hearing pursuant to 18 U.S.C. § 3142(f) because the pending case involves:

[ ] (a) A crime of violence; 18 U.S.C. § 3142(f)(1)(A).

[ ] (b) An offense for which the maximum sentence is life imprisonment or death; 18 U.S.C. § 3142(f)(1)(B).

[ x ] (c) An offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act or the Maritime Drug Law Enforcement Act; 18 U.S.C. § 3142(f)(1)(C).

[ ] (d) A felony committed after the Defendant had been convicted of two or more prior offenses described in Title 18, United States Code, Section 3142(f)(l)(A)-(C) or comparable state or local offense.

[X] (e) A serious risk that the Defendant will flee; 18 U.S.C. § 3142(f)(2)(A).

[ ] (f) A serious risk that the person will obstruct or attempt to obstruct justice, or attempt to threaten, injure or intimidate a prospective witness or juror; 18 U.S.C. § 3142(f)(2)(B).

[ x ] (g) An offense committed by the Defendant while released pending trial or sentence, or while on probation or parole and the person may flee and/or poses a danger to another person and/or the community requiring an initial 10 day detention pursuant to 18 U.S.C. § 3142(d).

[ ] (h) An offense committed by the above named defendant who is not a citizen of the United States or lawfully admitted for permanent residence and the person may flee requiring an initial 10 day detention under the provisions of 18 U.S.C. § 3142(d).

    2. No condition or combination of conditions will:

[**X**] (a) Reasonably assure the appearance of the person as required.

[ ] (b) Reasonably assure the safety of the community or any other person.

The United States may advocate additional reasons for detention other than those indicated above as the investigation proceeds and new information becomes available.

Pursuant to 18 U.S.C. § 3142(f) and (d), the United States moves that the detention hearing be continued for **THREE (3)** days, excluding Saturdays, Sundays and holidays, so that the United States can prepare for said hearing.

The Government requests that the Defendant be detained and held without bond.

                                                                Respectfully submitted,

                                                                 ASHLEY C. HOFF
                                                                 UNITED STATES ATTORNEY

                                                                /s/ G. Karthik Srinivasan
                                                                G. Karthik Srinivasan
                                                                Assistant U. S. Attorney
                                                                903 San Jacinto Blvd,
                                                                Suite 334
                                                                Austin, Texas 78701
                                                                Office (512) 916-5858
                                                                Fax   (512) 916 5854

Certificate of Service

On November 5, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system.

/s/ G. Karthik Srinivasan
G. Karthik Srinivasan
Assistant U. S. Attorney

3

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Criminal No.: **AU:21-M -00914(1)** |
| | § | |
| (1) Amanda Renee Bayley | § | Date Appeared: November 05, 2021 |
| *Defendant* | § | Time: 1:38 PM - 1:49 PM (11 minutes) |

# INITIAL APPEARANCE - Western District of Arkansas, Fayetteville Division (5:21-cr-50062)

1. Indictment Filed     November 5, 2021     Warrant Issued:     November 5, 2021
   *Date*     *Date*

   Arrested     November 5, 2021     Agency:     USMS
   *Date*     *Agency*

2. COURT PERSONNEL:

   U.S. Magistrate Judge: MARK LANE
   Courtroom Deputy: Amanda Deichert
   Pretrial Officer: Kyona Stubbs
   Interpreter: N/A

3. APPEARANCES:

   AUSA:    - Excused
   DEFT:    - Excused

4. PROCEEDINGS:

   a. Age   34   Education   Certified Nursing Assistant   Gender   Female
   b. Defendant understands proceedings and is mentally competent.   Y
   c. Defendant is informed of constitutional rights.   Y
   d. Defendant understands charges.   Y
   e. If charged on complaint, Defendant informed of right to Preliminary Hearing.   N/A
   f. Defendant informed of right to legal counsel.   Y
       1) Defendant waives counsel.
       2) Defendant states he/she will retain counsel.
       3) Defendant states he/she has retained:
          Phone No.:
       **X**   4) Defendant requests appointment of counsel.
          _____ Defendant HAS NOT completed the CJA23 financial affidavit.
              _____ Court will appoint counsel in the interest of justice but will require an affidavit to be completed by the next hearing.
          **X** Defendant HAS completed the CJA23 financial affidavit and the Court will appoint counsel because:
              **X** The defendant is indigent at this time.
              _____ Even though the defendant is not indigent, counsel will be appointed in the interests of justice.
          The Court finds that the defendant is NOT eligible and denies request.

PROCEEDING MEMO - INITIAL APPEARANCE
In Re: (1) Amanda Renee Bayley
Page 2 of 2 Pages

g.    PRE-TRIAL RELEASE:
       1) The Government makes ☐ oral or ☐ written motion for detention under 18 USC 3142. Court sets detention hearing for _____
       2) The Court sua sponte moves for detention. The detention hearing is set for _____ at _____
       3) The Defendant ☐ is released ☐ will be released on the following conditions: Bond is set at $ _____

       *(Check the following that apply:)*

       _____ unsecured      _____ unsecured with 10% posted to the registry
       _____ cash or corporate      _____ additional sureties
       _____ 3rd party custodian      _____ as set forth in Order Setting Conditions of Release

h. Temporary Detention issued _____ Arraignment set for _____

i. REMOVAL PROCEEDINGS:
The Defendant is advised of Rule 20 and Rule 5 rights and ....
       1) The Defendant waives Rule 5(c)(3)(D)(ii) and is detained pending removal to the _____. Detention hearing is to be held in that district.
       2) The Defendant waives Rule 5 and is released on bond. The Defendant is ordered to appear in the _____ ☐ on _____ or ☐ when notified by the prosecuting district.
    X 3) The Defendant is ☒ detained ☐ released on bond and requests Rule 5(c)(3) hearing. The Court sets hearing for November 10, 2021 at 11:00am.

j. Other: _____

11

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: AU:21-M -00914(1) |
| (1) Amanda Renee Bayley<br>*Defendant* | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, therefore, the Federal Public Defender is hereby APPOINTED to represent the defendant in the above styled and numbered cause.

Should this case proceed in the future before a United States District Judge, the appointment shall remain in effect until terminated, or a substituted attorney is appointed.

SIGNED this 5th day of November, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

12

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: AU:21-M-00914(1) |
| (1) Amanda Renee Bayley<br>*Defendant* | § | |

**ORDER**

      The above named defendant appeared in Court this day and requested the Court to appoint counsel. The Court has reviewed the defendant's CJA 23 financial affidavit and has determined that the indigency of the defendant is in question. However, in the interests of justice, the Court has decided to appoint an attorney for the defendant and has advised the defendant that he/she may be required to reimburse the Government for the costs of appointed counsel upon completion of the case.

      THEREFORE, IT IS ORDERED that upon any finding of guilt in regards to these current charges, the U.S. Probation Office is instructed to make financial inquiries of the defendant to determine if he/she can repay the costs of court-appointed counsel. The U.S. Probation Office shall report it's findings to the judicial officer assigned to the case prior to any sentencing.

      Signed this 5th day of November, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

13

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

USA

v.                                                    Case Number: AU:21-M-00914(1)

(1) Amanda Renee Bayley
   *Defendant*

Dear Sir or Madam:

TAKE NOTICE that the above-entitled case has been set before:

**UNITED STATES MAGISTRATE JUDGE MARK LANE**,

at the **U.S. Courthouse, 501 West Fifth Street Austin, Texas Courtroom #8**, for the following:

**IDENTITY AND DETENTION HEARING**

on **Wednesday, November 10, 2021** at **11:00 AM**

EVERYONE to whom this notice is addressed (except those to whom copies are sent for information only) must appear IN PERSON unless excused from appearing by the Court.

ATTORNEYS are reminded that it is their duty to advise clients, witnesses, and others concerning rules of decorum to be observed in Court. (Local Court Rule AT-5(b)(12)).

WHENEVER defendants or witnesses in a criminal case have need for the services of a court interpreter, the attorney must inform the Clerk not later than five (5) business days before the scheduled Court proceeding.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 4:00 p.m. the day before scheduled hearing.

Date Issued: November 05, 2021
(1) Amanda Renee Bayley                    /s/
                                           Amanda Deichert
                                           Magistrate Courtroom Deputy
Attorney at Law                            (512) 916-5896  Ext. 8705


cc:     U.S. Probation
        U.S. Pretrial Services
        U.S. Clerk
        U.S. Attorney

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

USA

v.     Case Number: AU:21-M -00914(1)

(1) Amanda Renee Bayley     Charging District's Case No.: 5:21-cr-50062

**Waiver of Rule 5 & 5.1 Hearing**
(Complaint/Indictment)

    I understand that I have been charged in another district, the Western District of Arkansas, Fayetteville Division.

    I have been informed of the charges and of my rights to:

    (1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

    (2) an identity hearing to determine whether I am the person named in the charges;

    (3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

    (4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

    (5) a hearing on any motion by the government for detention;

    (6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

    I agree to waive my right(s) to:

    ( ) an identity hearing and production of the warrant.

    ( ) a preliminary hearing.

    ( ) a detention hearing.

    ( ) an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

    I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
(1) Amanda Renee Bayley, *Defendant*

_____
Date

_____
*Counsel for Defendant*

15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. AU:21-M-914(1) |
| AMANDA RENEE BAYLEY | § § | |

### NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Jesús M. Salinas, Jr., Assistant Federal Public Defender and enters appearance as counsel for the defendant in the above-styled and numbered cause.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ JESÚS M. SALINAS, JR.
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025 / (512) 916-5035 (FAX)
Bar Number: Texas 24057366

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2021, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

G. Karthik Srinivasan
Assistant U.S. Attorney
903 San Jacinto Blvd., Ste. 334
Austin, TX 78701

/s/ JESÚS M. SALINAS, JR.

17

Case 1:21-mj-00914-ML
AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED
November 08, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AD_____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

USA

v.

(1) Amanda Renee Bayley

Case Number: AU:21-M-00914(1)

Charging District's Case No.: 5:21-cr-50062

**Waiver of Rule 5 & 5.1 Hearing**
(Complaint/Indictment)

I understand that I have been charged in another district, the Western District of Arkansas, Fayetteville Division.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

( ) an identity hearing and production of the warrant.

( ) a preliminary hearing.

( ) a detention hearing.

(✓) an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_/s/ Amanda Bayley_
(1) Amanda Renee Bayley, Defendant

11/08/2021
Date

_/s/_
Counsel for Defendant

AO 94 (Rev. 01/09) Commitment to Another District

# United States District Court
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| (1) Amanda Renee Bayley | ) | Case No.  AU:21-M -00914(1) |
| *Defendant* | ) | |
| | ) | Charging District's |
| | ) | Case No.  5:21-cr-50062 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Western District of Arkansas, Fayetteville Division .

The defendant may need an interpreter for this language: N/A .

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

November 10, 2021

MARK LANE
UNITED STATES MAGISTRATE JUDGE

19